IN THE FEDERAL DISTRICT COURT
MIDDLE DISTRICT, TENNESSEE

| | | |
|---|---|---|
| **MELISSA BIGGS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| versus | ) | Civil No. 3 07 1095 |
| | ) | |
| **TILO MANDRY,** | ) | JUDGE TRAUGER |
| | ) | |
| Defendant. | ) | JURY REQUEST |

## AGREED ORDER

The parties, as evidenced by the signature of counsel, hereby agree to allow Plaintiff until July 21, 2010 to respond to Defendant's pending motion. It is so **ORDERED**.

Entered this 30th day of June, 2010.

_____
ALETA A. TRAUGER, JUDGE